**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

| | | |
|---|---|---|
| **NATASHA COPELAND,**<br>**Plaintiff,** | §<br>§<br>§ | |
| **v.** | § | **CIVIL ACTION NO. W-10-CV-187** |
| **CITY OF KILLEEN and ADAM ORTIZ, Employee of City of Killeen Police Department, Individually and Jointly,**<br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

**JUDGMENT**

This action having proceeded before the Court and a Jury on May 31 and June 1, 2011, and the issues having been duly tried and the jury having duly rendered its verdict, and in accordance with the Court's previous Order granting the City of Killeen's Motion for Summary Judgment, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Natasha Copeland take nothing in her suit against Defendants.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any relief not specifically granted in this Judgment is hereby **DENIED**.

**SIGNED** this 6th day of June, 2011.

Walter S. Smith

**WALTER S. SMITH, JR.**
**United States District Judge**